*Filed in open court 1/22/07 (ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 13 M |
| | ) |
| FREDY ESTUARDO VELASQUEZ | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_ Maximum sentence life imprisonment or death

   \_\_\_ 10+ year drug offense

   \_\_\_ Felony, with two prior convictions in above categories

   \_\_\_ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

   \_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

___ At first appearance

___ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __10__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

  1. At the time the offense was committed the defendant was:

     ___ (a) on release pending trial for a felony;

     ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     ___ (c) on probation or parole for an offense.

  __X__ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ___ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __22th__ day of __January__, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney